Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

_____ Division

FILED BY_____ D.C.

JUN 0 1 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| | | |
|---|---|---|
| **Jennifer Grappell, et al.** | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)* [X] Yes [ ] No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| **See attached** | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | **Jennifer Grappell** |
| Street Address | **10390 S.W. 130th Street** |
| City and County | **Miami, Miami-Dade** |
| State and Zip Code | **Florida 33176** |
| Telephone Number | **(305) 322-7414** |
| E-mail Address | **SHADY741@ME.COM** |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

## Please see Attachment A.

## List of Defendants:

Alberto M. Carvalho
Perla Tabares Hantman
Dr. Martin Karp
Dr. Dorothy Bendross- Mindingall
Susie V. Castillo
Dr. Lawrence S. Feldman
Dr. Steve Gallon III
Dr. Lubby Navarro
Dr. Marta Perez
Marie Tere Rojas
Walter James Harvey (School Board Attorney)
Luis M. Garcia (Attorney)
Jordan A. Madrigal (Attorney)
Chief of Miami-Dade County Public Schools Police Department,
Edwin Lopez
Dr. Karen Silva Haj, Leewood K-8 Center's Guidance Counselor
Jennie Flores, Leewood K-8 Center's 2nd Grade Gifted Teacher
Matthew Sperling, Leewood K-8 Center's P.E. Coach
Florida's Senator Marco Rubio
Florida's Senator Richard Lynn Scott
Florida's Governor Ronald Dion DeSantis
Florida's Department of Education Commissioner Richard Corcoran
Florida's Senator Annette Taddeo

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                                      _____

    Job or Title *(if known)*             _____

    Street Address                 _____

    City and County              _____

    State and Zip Code         _____

    Telephone Number          _____

    E-mail Address *(if known)*      _____

Defendant No. 2

    Name                                          _____

    Job or Title *(if known)*              _____

    Street Address                 _____

    City and County               _____

    State and Zip Code          _____

    Telephone Number           _____

    E-mail Address *(if known)*      _____

Defendant No. 3

    Name                                          _____

    Job or Title *(if known)*              _____

    Street Address                 _____

    City and County               _____

    State and Zip Code          _____

    Telephone Number           _____

    E-mail Address *(if known)*      _____

Defendant No. 4

    Name                                          _____

    Job or Title *(if known)*              _____

    Street Address                 _____

    City and County               _____

    State and Zip Code          _____

    Telephone Number           _____

    E-mail Address *(if known)*      _____

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**18 U.S. Code §2071**
**18 U.S. Code §1510**
**18 U.S. Code §1621**
**Title IX of the Education Amendments of 1972**

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**My journey towards justice began 2,059 days ago when my son informed me that he was sexually violated during Matthew Sperling's P.E. class at Leewood K-8 Center. Since day one, I have been discriminated against when I went into the school to report the sexual violation, which still (to this exact date) has gone unreported.**

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## Please see Attachment B.

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## Please see Attachment C.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   June 1, 2021

Signature of Plaintiff

Printed Name of Plaintiff   Jennifer Grappell

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____

## Section 1 Sub-Section B- Defendant's Information For Complaint

███████████████

Alberto M. Carvalho
Superintendent of Miami-Dade County Public School Board
1450 N.E. 2nd Avenue, Suite #912
Miami, FL 33132
(305) 995-1000
Superintendent'sOffice@dadeschools.net & cpi@dadeschools.net

Perla Tabares Hantman
Chair of Miami-Dade County Public School Board
1450 N.E. 2nd Avenue
Miami, FL 33132
(305) 995-1000
phantman@dadeschools.net

Dr. Martin Karp
1450 N.E. 2nd Avenue
Miami, FL 33132
(305) 995-1000
martinkarp@dadeschools.net

Dr. Dorothy Bendross-Mindingall
Member of Miami-Dade County Public School Board
1450 N.E. 2nd Avenue
Miami, FL 33132
(305) 995-1000
dbendross-mindingall@dadeschools.net

Susie V. Castillo
1450 N.E. 2nd Avenue
Miami, FL 33132
(305) 995-1000
scastillo@dadeschools.net

Dr. Lawrence S. Feldman
1450 N.E. 2nd Avenue
Miami, FL 33132
(305) 995-1000
lfeldman@dadeschools.net

A1

Dr. Steve Gallon III
Vice Chair of Miami-Dade County Public School Board
1450 N.E. 2nd Avenue
Miami, FL 33132
(305) 995-1000
sgallon3@dadeschools.net

Dr. Lubby Navarro
Member of Miami-Dade County Public School Board
1450 N.E. 2nd Avenue
Miami, FL 33132
(305) 995-1000
district7@dadeschools.net

Dr. Marta Perez
Member of Miami-Dade County Public School Board
1450 N.E. 2nd Avenue
Miami, FL 33132
(305) 995-1000
martaperez@dadeschools.net

Mari Tere Rojas
Member of Miami-Dade County Public School Board
1450 N.E. 2nd Avenue
Miami, FL 33132
(305) 995-1000
maritererojas6@dadeschools.net

Walter James Harvey (Florida Bar #74144)
School Board Attorney
The School Board of Miami-Dade County, Florida
1450 N.E. 2nd Avenue, Suite #430
Miami, FL 33132
(305) 995-1304
walter.harvey@dadeschools.net

Luis M. Garcia (Florida Bar # 584223)
Deputy School Board Attorney
The School Board of Miami-Dade County, Florida
1450 N.E. 2nd Avenue, Suite #430
Miami, FL 33132
(305) 995-1304
lmgarcia2@dadeschools.net

Jordan A. Madrigal (Florida Bar #1017898)
Assistant School Board Attorney
The School Board of Miami-Dade County, Florida
1450 N.E. 2nd Avenue, Suite #430
Miami, FL 33132
(305) 995-1304
jordanmadrigal@dadeschools.net

Chief Edwin Lopez
Miami-Dade County Public Schools Police Department
3300 N.W. 27th Avenue
Miami, FL 33142
(305) 995-1000
elopez3@dadeschools.net

Dr. Karen Silva Haj
Guidance Counselor at Leewood K-8 Center
10343 S.W. 124th Street
Miami, FL 33176
(305) 233-7430, Extension# 2122
ksilvahaj@dadeschools.net

Jennie Flores
2nd Grade Gifted Program Teacher at Leewood K-8 Center
10343 S.W. 124th Street
Miami, FL 33176
(305) 233-7430
jennieflores@dadeschools.net

Matthew P. Sperling
P.E. Coach at Leewood K-8 Center
10343 S.W. 124th Street
Miami, FL 33176
(305) 233-7430
msperling@dadeschools.net


Senator Marco Rubio
United States Senate
201 South Orange Avenue, Suite# 350
Orlando, FL 32801
(407) 254-2573
Please note: In order to send e-mail, you have to go to:
https://www.rubio.senate.gov/public/index.cfm/contact

Senator Richard Lynn Scott
United States Senate
111 North Adams Street, Suite # 208
Tallahassee, FL 32301
(850) 942-8415
Please note: In order to send e-mail, you have to go to:
https://www.rickscott.senate.gov/contact_rick

Governor Ronald Dion DeSantis
Governor of Florida
400 South Monroe Street
Tallahassee, FL 32399
(850) 488-7146
GovernorRon.Desantis@eog.myflorida.com

Commissioner Richard Corcoran
Florida's Department of Education
Office of the Commissioner
325 West Gaines Street
Turlington Building, Suite # 1514
Tallahassee, FL 32399
(850) 245-0505
Commissioner@fldoe.org

Senator Annette Taddeo
Florida's Senate
9100 South Dadeland Blvd., Suite# 1500
Miami, FL 33156
(305) 596-3003
taddeo.annette.web@flsenate.gov

**Section 3- Statement of Claim** ███████████
(<u>ALL</u> **CLAIMS HAVE SUPPORTING DOCUMENTS/SWORNAFFIDAVITS.**
**NUMEROUS ITEMS HAVE VIDEOS TO SUPPORT THE CLAIM TOO)**

1.  On October 12, 2015, K.G. was in Matthew Sperling's P.E. class at Leewood K-8 Center. On this exact date, K.G. was sexually violated by two female students in his P.E. class. K.G. REPEATEDLY TOLD BOTH GIRLS, "STOP! DON'T TOUCH ME THERE." After the sexual violation occurred, Matthew Sperling scolds K.G. in front of the entire class and exposes him to unnecessary disparagement. Five days later, in a document, I asserted K.G.'s civil rights! Alberto M. Carvalho was one of the recipients of this letter. On December 3, 2015, I sent an e-mail to Alberto M. Carvalho requesting a sit-down meeting regarding what happened to K.G. Due to the lack of response from Alberto M. Carvalho, I generated a letter to him on December 10, 2015. In this crucial document, I inform him and all of the Leewood K-8 Center staff that no one is allowed to question my son unless his attorney is present. Once again, I was asserting my son's civil rights. NOTE: K.G.'S SEXUAL VIOLATION WAS DOCUMENTED IN ONE OF THE 5 MIAMI-DADE COUNTY PUBLIC SCHOOLS POLICE REPORTS IN 2016 AND WAS FOUND TO BE "CRIMINAL IN NATURE." K.G.'s SEXUAL VIOLATION WAS ALSO DOCUMENTED WITH D.C.F. The evidence of discrimination has been undisputed by the defendants. As a matter of fact, by inadequately responding to K.G., as well as my own complaints, regarding an incident of a sexual violation by another student, <u>does indeed violate</u> Title IX of the Education Amendments of 1972, 20 U.S.C. §1681 (*Kelly v. Yale University*, Civil Action No. 3:01-CV-1591 (JCH) (D. Conn. Mar. 26, 2003)). Furthermore, in *Miller v. Union Cnty. Pub. Sch.*, No. 3:16-cv-00666-FDW-DCK (W.D.N.C. Sep. 7, 2017), the court denied a school board's motion to dismiss a Title IX case where a student reported ongoing harassment to a principal (Bart Christie in K.G.'s case) and a school counselor (Karen Silva Haj in K.G.'s case) on multiple occasions. It is well-established that Title IX protects against discrimination on the basis of sex, and that sexual assault is a form of sex discrimination. Please see *Doherty v. Emerson Coll.*, 1:14-cv-13281-LTS (D. Mass. Sep. 29, 2017).

2.  On January 8, 2016, Karen Silva Haj & Bart Christie grossly violated K.G.'s civil rights. This is well detailed in a document dated January 11, 2016. Alberto M. Carvalho was one of the recipients. On January 21, 2016, I filed my first of five police reports with Miami-Dade County Public Schools Police Department. Ironically, the Florida Department of Law Enforcement has documented that the only entity to fail to report all crimes was the Miami-Dade County Public Schools Police Department in the year 2016. I believe the reason they failed to report in 2016 is because I have copies of ALL 5 REPORTS...THEY ALL CONTAIN NUMEROUS INACCURACIES! I consider the failure of the Miami-Dade County Public Schools Police Department to report all crimes to the FDLE a violation of <u>Title 18 Part 1 Crimes Chapter 73 Obstruction of Justice Section 1510 Obstruction of criminal investigations</u>. The following image below can be found at: <u>http://www.fdle.state.fl.us/FSAC/County-Profiles/Miami-Dade.aspx</u>



3. On January 29, 2016 @ 1:39 p.m., I received a phone call from K.G. He was crying and informed me that he had been punched in the stomach while in Jennie Flores's gifted class. The punch occurred during a classroom activity. After this activity, the children were instructed by Jennie Flores to do 10 minutes of silent reading. Jennie Flores denies K.G.'s request to call me, after he explained to her that he is pain-while crying! She instructs him to sit down & do silent reading. **JENNIE FLORES DEPRIVED K.G. OF MEDICAL CARE!** Her gross neglect of duty is appalling!

4. On February 22, 2016, Bart Christie, Jennie Flores, K.G. and myself held a meeting at Leewood K-8 Center. During this meeting K.G. informs me that Jennie Flores is lying. I acknowledge this lie and then hear Jennie Flores make the most horrific statement that any person could possibly hear! She stated, "K.G. doesn't have many friends here. Perhaps this isn't the school for him. He doesn't fit in." I replied promptly, "we are zoned for this school. Therefore, we are not going anywhere!" After Jennie Flores's disheartening statement, I ended the meeting and walked out with K.G. **THIS IS THE EPITOME OF DISCRIMINATION!**

5. On March 18, 2016, Bart Christie & Karen Silva Haj chose to violate K.G. & my own rights. These two individuals called the Department of Children and Families and filed a false report against my son and myself. **This is a violation of Title 18 Part 1 Chapter 79 Section 1621.** In this false report to D.C.F., Bart Christie & Karen Silva Haj informed Danny Morgan (D.C.F. investigator, who is now deceased) of numerous allegations. I disproved every single allegation with supporting documents from various avenues. Danny Morgan was in shock and called the individuals at Leewood K-8 Center "petty." He informs me that I should reach out to his colleague at the Florida Department of Children & Families Institutional Unit for Neglect and file a complaint against Leewood K-8 Center. He stated that I should obtain an attorney immediately and speak with the Public Corruptions Unit as soon as possible. I informed him that I already have been in touch with that unit and then informed him of Johnette Hardiman. **NOTE: UPON DANNY MORGAN'S ARRIVAL AT MY HOME, I REQUESTED FOR CONSENT TO VIDEO THE ENTIRE INTERROGATION PROCESS. AS SEEN IN THE VIDEO, HE GAVE ME HIS CONSENT. THEREFORE, NOTHING IS HEARSAY.**

B2

**6. On this same date, I would like to add that I received notice of being banned from entering K.G.'s school. This document was generated from Bart Christie. It was cc to Barbara Mendizabel & Reva Vangates. It stated, "should you be directed to leave the school premises at any time and fail to comply with this directive, you will be subject to arrest." <u>THIS IS DISCRIMINATION & RETALIATION</u>! Here is one of the numerous letters from former Principal of Leewood K-8 Center, Bart Christie:**

**Miami-Dade County Public Schools**

*giving our students the world*

*Superintendent of Schools*
*Alberto M. Carvalho*

*Principal*
*Bart D. Christie*

*Assistant Principal*
*Kathleen B. Fernandez*

*Miami-Dade County School Board*
*Perla Tabares Hantman, Chair*
*Dr. Dorothy Bendross-Mindingall, Vice Chair*
*Susie V. Castillo*
*Dr. Lawrence S. Feldman*
*Dr. Wilbert "Tee" Holloway*
*Dr. Martin Karp*
*Lubby Navarro*
*Raquel A. Regalado*
*Dr. Marta Pérez Wurtz*

March 18th, 2016

Dear Ms. Jennifer Grappell:

Due to numerous incidents that you have been involved in, wherein you have [redacted] and wherein you have [redacted] and used profanity and invaded staff members' personal space, you are hereby directed not to enter the school grounds unless you have been given prior permission to enter said premises, or you have a confirmed appointment with school administration, or you have been invited to a specific event at our school. Our school cannot continue to tolerate your inappropriate conduct at the school as it is interfering and disrupting the school's educational environment.

Please be advised that should you enter the school premises without permission or without having obtained prior authority from school administrators at the school, you will be subject to arrest for trespassing, pursuant to § 810.097, Fla.Stat. (2015). You may continue to drop off your child in the morning and to pick him up at dismissal time. However, you must immediately leave the school premises once you have dropped off your child or have picked him up at dismissal. **In addition, should you be directed to leave the school premises at any time and fail to comply with this directive, you will also be subject to arrest.**

Very truly yours,

Bart Christie

Bart Christie
Principal

cc: Barbara Mendizábal, Region Superintendent
Reva Vangates, Region Administrative Director

*Leewood K-8 Center • 10343 SW 124th Street • Miami, FL 33176 • Bart D. Christie, Principal*
*305-233-7430 • 305-256-3104 (FAX) •leewood.dadeschools.net*

*Leewood K-8 Center*
*10343 S.W. 124th Street*
*Miami, Florida 33176*
*http://leewood.dadeschools.net*

CERTIFIED MAIL

7016 0340 0000 2864 4472

U.S. POSTAGE PAID
MIAMI, FL
33186
MAR 18 16
AMOUNT
$6.74

1000

33176

REQUESTED

Ms. Jennifer Grappell
10390 SW 130 Street
Miami, Florida 33176

3-22-16
NOT

7. On March 21, 2016, Denise Hannah came to my home and conducted a private interview with K.G. I allowed this. I also supplied her with copies of the police reports I filed with the Miami-Dade County Public Schools Police Department up until this point. She left my home and provided me with her business card. In her final report, she documents that Karen Silva Haj (guidance counselor) was aware of the sexual violation in October 2015 and did nothing about it. <u>She failed to report it! This is a violation of Title 18 Part 1 Chapter 101 Section 2071 Concealment.</u>

8. On April 22, 2016, I spoke with Marlo from Alberto M. Carvalho's office. I was inquiring about a meeting with Alberto M. Carvalho. She requested for me to send the initial e-mail from December 3, 2015. I complied and forwarded it to her, along with a factual comment from myself. On May 10, 2016, I received an e-mail from the Chief of Staff to School Board Member Lubby Navarro, District 7. In this e-mail is stated, "our school board attorney has advised Ms. Navarro that it would NOT be appropriate for her to meet specifically on this matter." THIS IS THE EPITOME OF DISCRIMINATION!

From: District 7 Board Member <District7@dadeschools.net>
Subject: RE: VERY IMPORTANT
Date: May 10, 2016 at 6:38:27 PM EDT
To: 'Slim Brady' <shady741@me.com>
Cc: 'Sears, Marlo S.' <MSears@dadeschools.net>

Good afternoon Ms. Grappell,

Thank you for bringing this important matter to our attention.

As a follow up to your meeting request, I understand that you have requested an investigation by the District's Civil Rights Compliance Office. In light of that, our school board attorney has advised Ms. Navarro that it would not be appropriate for her to meet specifically on this matter.

If we can be of any further assistance on any other matter, please don't hesitate in contacting our office.

*Jennifer Rojo Suarez*
**Chief of Staff to School Board Member Lubby Navarro, District 7**
1450 N.E. 2nd Ave. STE 700 Miami, FL 33132
**P:** (305)995-1334 / **F:** (305)995-2765
**Email:** JRojo.Suarez@dadeschools.net

From: Slim Brady [mailto:shady741@me.com]
Sent: Friday, April 22, 2016 4:53 PM
To: District 7 Board Member
Subject: Fwd: VERY IMPORTANT

Thank you so much for your time Marlo. I appreciate it.

On May 10, 2016, I also received a 3-page document from former Chief of Miami-Dade County Public Schools Police Department Ian Moffett. In this letter, *Ian Moffett clearly spells out the issues I was experiencing with the Miami-Dade County Public Schools Police Department along with the charges I wanted to press against the Leewood K-8 Center employees*. This document was cc to Troy Walker (Special Agent at Florida Department of Law Enforcement), Johnette Hardiman (State Attorney's Public Corruption Unit Attorney) & Walter Harvey (School Board Attorney). *<u>THIS 3-PAGE DOCUMENT IS AVAILABLE, UPON REQUEST</u>.*

9. On October 27, 2016, I found a picture of myself posted on the wall at the entrance to the building located at 155 N.E. 15th Street. This building is a public county building occupied by numerous county departments. It is known as the "SBAB Annex" building. It is located directly across the street from Alberto M. Carvalho's school board offices. The fact that my photo was up on the wall without giving me any notification of being banned from that building is unethical and illegal. <u>According to Florida Statute 784.048 Section 1 Sub-Section A, this is harassment & also considered defamation of character</u>. This was well documented in a letter dated October 28, 2016 and addressed to Rick Scott. The letter was cc to Barack Obama, Johnette Hardiman, Melanie Velez & Jeweleane Oyesanya.



B5

10. On December 9, 2016, I received a letter from May Kue-Rowan. This was written on behalf of Rick Scott. This document encouraged me to keep working with the Public Corruption unit. On the morning of December 14, 2016, at 8:55 a.m., I called the Public Corruption unit. As soon as the receptionist asked my name and I replied, I was hung up on. I placed a second call to Johnette Hardiman at the Public Corruption unit and once again, as soon as I said my name- I was hung up on! This is well detailed in a crucial document dated December 14, 2016. It was addressed to Rick Scott, Katherine Fernandez- Rundle, Virlindia Doss & Caroline Clanky. <u>This documented the extreme discrimination that exists!</u>

11. On February 22, 2017, I sent a document regarding Florida's Failures to Donald Trump, Rick Scott, Pam Stewart, Jeweleane Oyesanya & Melanie Velez. It had been 500 days since my initial complaint and no justice was in sight. I requested a meeting with Rick Scott regarding Katherine Fernandez-Rundle's neglect of duty and former Chief of Miami-Dade County Public Schools, Ian Moffett's concealment of crimes & obstruction of justice. ALL PARTIES INVOLVED ARE GUILTY OF TITLE 18 PART 1 CHAPTER 101 SECTION 2071. IN ADDITION TO THIS, THEY ARE GUILTY OF TITLE 18 PART 1 CHAPTER 73 SECTION 1510! <u>Obstruction of criminal investigations by concealment of crimes is the EPITOME OF PUBLIC CORRUPTION!</u>

12. On March 20, 2017, I addressed a document to Katherine Fernandez-Rundle, Alberto M. Carvalho, Walter Harvey & former Chief Ian Moffett. This document was critical. <u>It explained due to the documented neglect of duty from numerous individuals, I am giving my 180-day notice of my intention to sue.</u> I also asked two crucial questions, neither which I received an answer to. In this document, I named each and every person who is a documented failure when it comes to K.G.

13. On June 21, 2017, K.G. gave a speech at the Miami-Dade County School Board (618 DAYS AFTER THE FACT THAT HE WAS SEXUALLY VIOLATED). He asked the entire board crucial questions while explaining what he experienced at Leewood K-8 Center. Alberto M. Carvalho & his board members were in shock and speechless. No answers were given to any of K.G.'s questions to current date! <u>THIS IS EXTREME DISCRIMNATION & NEGLECT OF DUTY FROM THE BOARD!</u> A document regarding this injustice was sent to Donald Trump, Rick Scott, Pam Stewart & Marian Lambeth. That document is dated July 10, 2017. A video of K.G. speaking to the board is available, upon request.

14. K.G. even went back to the School Board on August 9, 2017 asking for answers and was denied. Walter Harvey, School Board attorney, requested for K.G., my mother/ K.G.'s grandma & myself to be removed from the meeting. The school board police escorted us out of the building. <u>APPARENTLY, THE BOARD DISCRIMINATES AGAINST THE TRUTH & FACTUAL FINDINGS!</u> I chose to document this injustice in the form of a document and video to Rick Scott, who was the Governor of Florida at the time. The document is dated August 14, 2017.

15.  On September 11, 2017, I sent a document to Donald Trump, Rick Scott & Pam Stewart regarding Florida's education system & K.G.'s educators. In this document, I question the documented fact that Miami-Dade County Public Schools Police Department failed to report crimes from 2016 to the Florida Department of Law Enforcement (FDLE). I also document the fact that Alberto M. Carvalho is failing to communicate with me & coordinate a meeting. **THIS DISCRIMINATION IS ALARMING!**

16. On October 2, 2017, I generated a document to Donald Trump & Rick Scott. This document was in reference to a missing/ possible stolen certified return receipt green card (**Title 18 Part 1 Chapter 83 Section 1708**) addressed to Alberto M. Carvalho. It also introduced a law that I created in honor of K.G. This is an anti-bullying law which would eliminate hate within public schools. *The origin of K.G.'s Law comes from The Florida's Educators Code of Ethics for Teachers.* **If Rick Scott would have enacted this K.G.'s Law, the Parkland murderer would have been intercepted after his 3rd behavioral incident.**

17. On October 11, 2017, I finally had my dialogue with Alberto M. Carvalho at a school board meeting. I was scheduled to speak and he approached me in the last row of the auditorium. He immediately inquired about my poster board that I had brought into the auditorium with me. He wanted to see it and told him, "No! This is my homework. I did this work. I am more than happy to present it. However, I will NOT turn it over to you." Alberto M. Carvalho proceeded to offer me a meeting with his top Deputy Superintendent, Ms. Valtena G. Brown. This is when I asked him flat out, "Why have you refused to sit down with me and discuss the crimes that have occurred at K.G.'s school? You know I have the green cards proving that you are in receipt of my documents! My documents and sworn affidavits clearly explain the facts and events that occurred within the past 730 days. These letters are addressed to YOU!" Alberto M. Carvalho was left speechless and stated he has to return to the stage to join his board members. This is when I asked him if he has any children. He stated that he is a father. I proceeded to ask him how he would feel if he went to pick up his child from school and when his kid gets in the car, he notices his child is crying. Upon asking why the child is crying, your kid informs you that his private area was touched during P.E. time. WHAT WOULD YOU DO?! Alberto M. Carvalho explained for a second time that he has to return to his board members and walked away furiously WITHOUT A RESPONSE! **This was detailed in a document written on October 16, 2017.** The recipients of this document were Donald Trump, Rick Scott & Pam Stewart. **In this document, I requested for my law to be enacted for a second time PRIOR to the Parkland massacre.** It also has a picture of the poster board I brought to the meeting on October 11, 2017.

18. On October 19, 2017, K.G. was a victim of brutal harassment by Karen Silva Haj's daughter, G.H. I attempted to communicate with Karen Silva Haj (school counselor) and she refused to return my phone calls. This is beyond unprofessional & unethical... IT IS THE EPITOME OF DISCRIMINATION BY KAREN SILVA HAJ! Once again, I am a concerned mother that is being **neglected**! The **NEGLECT OF DUTY** is all detailed in a document dated October 30, 2017. This document was

addressed to Donald Trump, Rick Scott, Pam Stewart, Marian Lambeth, Valtena Brown & Cynthia Gracia.

19. On October 23, 2017, I sent an e-mail to Bart Christie documenting the fact that Karen Silva Haj has failed to return my phone calls. On October 24, 2017, I held a meeting with Valtena Brown & Cynthia Gracia. Valtena Brown informed that they are in the process of revision of the Code of Student Conduct. She even asked me if she could photograph a picture on my iPad explaining K.G.'s Law. I allowed her to photograph the law I created. THE MIAMI-DADE COUNTY SCHOOL BOARD FAILED TO IMPLEMENT IT! Since they failed, I decided to reach out to Senator Annette Taddeo on October 25, 2017.

20. On October 26, 2017, it was the last day of the first nine-week grading period. Due to the documented fact that it was now one week after the incident of harassment from Karen Silva Haj's daughter, G.H., and I had zero results regarding my report of the incident on October 19, 2017, I was forced to make a critical decision regarding K.G.'s future. On October 27, 2017, I made the executive decision to withdraw K.G. from Leewood K-8 Center. K.G. was ultimately forced to leave his home school due to the documented discrimination, retaliation & harassment!

21. On November 15, 2017, K.G. returned back to the Miami-Dade County School Board and gave the School Board a real good piece of his mind! K.G.'s speech was 100% FACTUAL! IT DOCUMENTED DISCRIMINATION, RETALIATION & HARASSMENT THAT HE EXPERIENCED AT LEEWOOD K-8 CENTER! K.G.'s 1st Amendment rights were GROSSLY VIOLATED BY THE MIAMI-DADE COUNTY SCHOOL BOARD! School Board member Dr. Martin Karp bullied, threatened & harassed K.G. as he gave his speech, resulting in more than double the amount of time allowed, which is 3 minutes. K.G. was up at the podium for OVER 6 minutes! VALUES CLEARLY DO NOT MATTER TO DR. MARTIN KARP! He is guilty of 3 items listed in the Principle of Professional Conduct for the Education Profession in Florida. As per Rule 6A-10.081, Florida Administrative Code, Section 2, Sub-Section A, Numbers 4, 5 & 6, Martin Karp has an obligation to every student, including K.G. MARTIN KARP FAILED! This was captured on video and is detailed in a document dated November 27, 2017. The letter was addressed to Donald Trump, Rick Scott, Pam Stewart & Marian Lambeth.

22. On December 1, 2017, I received a phone call from Lesline Anglade, an employee at Department of Children & Families. She called me to convey her delay of communication between herself and Johnette Hardiman (Public Corruption Unit). She explains that she has been trying for two months to get in touch with Johnette Hardiman & has gotten no response. When I demanded justice for K.G. and asked her to have Danny Morgan reach out to Johnette Hardiman, I was informed that he had passed away. I detailed the entire phone call in a document dated December 6, 2017. This document was addressed to only Rick Scott, being that his name appeared in the corner of the D.C.F. documents.

B8

23. On February 2, 2018, K.G. & I decided to go to Tallahassee to advocate for K.G.'s Law. Once again, Rick Scott chose to discriminate against K.G. and myself. Here is proof of us being at the Capitol on February 2, 2018:



24. On February 14, 2018, 856 days after K.G. was sexually violated, I sent a document to Donald Trump, Melania Trump, Rick Scott & Joe Negron. I begged for implementation of K.G.'s Law. Little did I know, on this exact date, the heinous massacre at Marjory Stoneman Douglas High School would occur. K.G.'s Law could have prevented this school shooting but due to Rick Scott's failure to implement it and gross neglect of duty, <u>17 beautiful souls were taken from us</u>.

25. On April 30, 2018, I wrote a document that addressed the change of URL on the FDLE website that reveals the truth about Miami-Dade County Public Schools Police Department and their failure to report crimes to the FDLE. This was addressed to Donald Trump, Rick Scott, Pam Bondi & the U.S. Department of Education. Again, I urged the passage of K.G.'s Law and emphasized their obstruction of justice (<u>Title 18 Part 1 Chapter 73 Section 1510!</u>) <u>I also documented their violation of Title 18 Part 1 Chapter 101 Section 2071</u>.

B9

**\*\*NOTE: On this same date, I sent a letter to Senator Annette Taddeo regarding her lack to respond to me since October 2017. I also emphasize how we need to pass K.G.'s Law in Florida immediately. Here is proof of delivery to her:**



26. On May 21, 2018, 952 days after K.G. was sexually violated, I sent a document to Donald Trump, Rick Scott, Pam Bondi, Pam Stewart, Marian Lambeth & the U.S. Department of Education informing them that <u>the 180 days' notice has expired</u>. I also exposed the fact that Rick Scott employed a convicted felon, Danny Morgan, at Department of Children and Families. To be precise, Danny Morgan has a 147-page rap sheet! In this document, I detail the atrocities committed by 33 people! Once again, I also request the passage of K.G.'s Law to protect students in Florida.

27. On July 23, 2018, I wrote a document to Donald Trump, Melania Trump, Rick Scott, Office of Safe Schools, Pam Bondi, Pam Stewart, Marian Lambeth & the U.S. Department of Education. I informed them about the disturbing facts regarding Danny Morgan. Once again, I urged them to enact K.G.'s Law so all students can learn in a peaceful environment and we can eliminate hate. On this same date, I sent a document to the new Chief of Miami-Dade County Public Schools Police Department, <u>Edwin Lopez</u>. I requested a meeting with him in this document. <u>He has failed to meet with me and is guilty of Title 18 Part 1 Chapter 101 Section 2071 Concealment of crimes, Title 18 Part 1 Chapter 73 Section 1510 Obstruction of criminal investigations & neglect of duty.</u>

B10

28. On the morning of October 27, 2018, I was approached by School Board member Lubby Navarro at a local Starbucks. I was wearing my headphones, listening to music and typing a document, which was sent out on October 31, 2018. Lubby Navarro waved her hand in front of my face to get my attention and I removed my headphones. She wanted to express her sympathy for everything that I have endured over the past 3 years. I informed her of the new Chief's failure to coordinate a meeting with me and showed her the document I sent July 23, 2018. She asked me to e-mail her this document. I agreed to e-mail it to her and Lubby Navarro helped me compose the e-mail that I sent her at 10:40 a.m. on this date. She even replied to this exact e-mail on October 31, 2018. The interesting fact here is that she didn't listen to the school board attorney, Walter Harvey. She was instructed not to communicate with me. REMINDER: On May 10, 2016, I received an e-mail from the Chief of Staff to School Board Member Lubby Navarro, District 7. In this e-mail (claim #8) it stated, "our school board attorney has advised Ms. Navarro that it would NOT be appropriate for her to meet specifically on this matter." THIS IS THE EPITOME OF DISCRIMINATION.

29. On October 31, 2018, I sent a document regarding Chief Edwin Lopez's failure to himself, Donald Trump, Melania Trump, Rick Scott, Office of Safe Schools, Pam Bondi, Pam Stewart, Marian Lambeth & Troy Walker. I documented that continuing to employ Edwin Lopez & Alberto M. Carvalho would further document rampant public corruption! The sworn affidavit contained in this document sums up all of the failures and requests.

30. On December 18, 2018, I divulged THE TRUTH about Rick Scott to Donald Trump, Melania Trump, Mike Pence, Nancy Pelosi, Bill Nelson, Charles Schumer & Betsy DeVos. I composed this document 1,163 days after K.G. was sexually violated at Leewood K-8 Center and still no form of justice has been delivered. I made it clear that "a position in public office includes the public's trust." What was I to do when Rick Scott allowed Alberto Carvalho, Chief Edwin Lopez & former Chief Ian Moffett to "appropriately dispose of" the truth (the sexual violation that occurred at Leewood K-8 Center)? I was also wondering what I was supposed to do when Rick Scott, who oversaw Department of Children & Families in Florida, chose to employ a convicted felon as a D.C.F. investigator? THIS CONVICTED FELON SHOWED UP AT MY HOUSE DUE TO KAREN SILVA HAJ & BART CHRISTIE'S FALSE REPORT TO DANNY MORGAN! I even proved the documented fact that Rick Scott is guilty of 18 U.S. Code §2071! THIS STATUTE STATES THAT RICK SCOTT "SHALL FORFEIT HIS OFFICE AND BE DISQUALIFIED FROM HOLDING ANY OFFICE UNDER THE UNITED STATES!"

31. On March 4, 2019, I decided to divulge the facts listed above with Governor Ron DeSantis. Even though it was 1,239 days after the fact that K.G. was sexually violated, I wanted to give our new Governor a chance at delivering justice. Unfortunately, he has denied both of my requests for a meeting and has failed to deliver any form of justice when it comes to the Miami-Dade County School Board, their School Police Department, D.C.F. and the Public Corruption Unit at the State

Attorney's office. In this document, I introduced him to K.G.'s Law, the law that was on Rick Scott's desk & the Miami-Dade County Public School Board's desks long before the heinous massacre on 2/14/18! I stressed the lack of revision of ALL 67 counties Code of Student Conduct handbooks. I emphasized that it was to my understanding that he wants to hold ALL parties who failed on 2/14/18 accountable. Governor Ron DeSantis was given numerous attachments with this document for supporting evidence of my statements. <u>I NEVER GOT A RESPONSE FROM GOVERNOR RON DESANTIS</u>. His failure to reply is bona fide discrimination.

32. On July 17, 2019, I noticed that @EliminateHate2 was blocked on Twitter by Chief of Miami-Dade County Public Schools Police Department Edwin Lopez. In *Knight First Amendment Inst. At Columbia Univ. v. Trump*, No. 18-1691-cv (2d Cir. Jul. 9, 2019), the First Amendment does not permit a public official who utilizes a social media account for all manner of official purposes to exclude persons from an otherwise-open online dialogue because they expressed views with which the official disagrees. Miami-Dade County Public Schools Chief of Police Edwin Lopez blocked K.G., myself & he even blocked my dog's Twitter account. <u>Viewpoint discrimination is thus an egregious form of content discrimination.</u>



33. On September 26, 2019, I filed the related case that is listed on the Civil Cover Sheet (Case # 1:19-cv-23990-MGC). On October 18, 2019, Walter James Harvey (Florida Bar #74144), Luis M. Garcia (Florida Bar #584223) & Jordan A. Madrigal (Florida Bar #1017898) <u>DOCUMENTED THEIR PERJURY</u> in the Defendants' Combined Motion to Dismiss Plaintiff's Complaint With Prejudice & Memorandum of Law in

Support Thereof. It is well established that a defendant's perjury is an obstruction of justice (*People v. Schalk*, No. 329483, Mich. Ct. App. Jan. 10, 2017).
**NOTE: On March 10, 2021, I chose to file official complaints with The Florida Bar regarding the misconduct of the named attorneys (these complaints are available upon request). <u>Walter James Harvey, Luis M. Garcia & Jordan A. Madrigal deliberately & repeatedly committed perjury and a fraud upon this court, as well as the Appellate Court.</u> The misconduct by the attorneys have resulted in significant delays in the litigation process, expenditure of significant expense to uncover the truth and a blatant disregard for the integrity of the civil justice system. **THESE ATTORNEYS HAVE ZERO ETHICS & SHOULD BE DISBARRED!**

34. On February 18, 2020, I sent a document to Governor Ron DeSantis regarding the extreme discrimination I experienced while I was at the Capitol on February 12, 2020. Inside his office, I was asked to leave the office by Janice Johnson. I never received any response from his office regarding this document. *I was in the Capitol turning my pain into purpose by holding meetings with dozens of Senators & House Representatives*. In this document, I conveyed the fact that <u>NOT A SINGLE SENATOR OR HOUSE REPRESENTATIVE SAID NO TO K.G.'S LAW.</u>

35. On December 10, 2020, I sent a message to Senator Annette Taddeo through her web page. On December 17, 2020, I received this response from her office:



36. On February 1, 2021, I decided to send some documents to the Florida Department of Law Enforcement, regarding Chief Edwin Lopez's <u>documented unconstitutional viewpoint discrimination</u>. On February 4, 2021, I was still blocked by Chief Edwin Lopez, but I noticed he changed his picture in the header of his Twitter account. Please see picture below, as evidence:



37. At 8:44 a.m. on February 19, 2021, @EliminateHate (including the other Twitter accounts belonging to my family) was no longer being blocked on Twitter. Chief Edwin Lopez was <u>**FORCED TO UNBLOCK ALL OF OUR TWITTER ACCOUNTS! Please see picture below, as evidence:**</u>



B14

**38. On March 29, 2021, I sent a document to Vice President Kamala Harris, Secretary Miguel Cardona, Governor Ron DeSantis & Commissioner Richard Corcoran regarding the passage of K.G.'s law and the origin of the issue (K.G. being sexually violated at Leewood K-8 Center). I finally get a reply to my document on April 9, 2021 from May Kue-Rowan for the Executive Office of Governor Ron DeSantis. This is from the same woman who wrote a document on behalf of Rick Scott in claim #8, encouraging me to work with the State Attorney's Public Corruption Unit. In this document, she acknowledges my desire to implement K.G.'s law but fails to address the fact that K.G.'s sexual violation went unreported by Leewood K-8 Center's guidance counselor Karen Silva Haj. She also directed me towards Senator Marco Rubio & Senator Rick Scott.**

STATE OF FLORIDA
Office of the Governor
THE CAPITOL
TALLAHASSEE, FLORIDA 32399-0001

RON DESANTIS
GOVERNOR

www.flgov.com
850-717-9418

April 9, 2021

Ms. Jennifer Grappell
10390 Southwest 130th Street
Miami, Florida 33176

Dear Ms. Grappell:

Thank you for contacting Governor Ron DeSantis.

As you know, any changes to state laws require action by the Florida Legislature, and changes to federal laws require action by the United States Congress. I understand you have contacted the offices of Florida United State Senators Rick Scott Office. That was the appropriate thing to do. I encourage you to continue working with those elected officials to address your concerns about federal legislation. Contact information for Florida's U.S. Senators is provided below.

The Honorable Marco Rubio
201 South Orange Avenue, Suite 350
Orlando, Florida 32801
Telephone: (407) 254-2573
Toll-free in Florida: (866) 630-7106
E-mail: casework_rubio@rubio.senate.gov
Online: www.rubio.senate.gov

The Honorable Rick Scott
111 North Adams Street, Suite 208
Tallahassee, Florida 32301
Telephone: (850) 942-8415
Online: www.rickscott.senate.gov

To find contact information for your United States Representative, please visit www.house.gov/representatives/find-your-representative. Information about federal legislation can be obtained online at www.congress.gov.

You can find contact information for the Florida legislators and track bills as they proceed through the legislative process at www.leg.state.fl.us. To find contact information for your state legislative delegation and track bills as they proceed through the legislative process, please visit www.leg.state.fl.us.

For updates and to learn more about the Governor's initiatives and bill action, please visit our website at www.flgov.com.

Thank you again for taking the time to contact the Governor's Office.

Sincerely,

May Kue-Rowan
Office of Citizen Services
Executive Office of the Governor

MKR/cas



39. On April 14, 2021, I sent documents to Senator Marco Rubio & Senator Rick Scott via the United States Postal Service Express Mail. Again, I was urging them to present K.G.'s law to Congress. I still have yet to communicate with either Senator. Here is proof that both Senators received my documents:



40. On April 24, 2021, I decided to confront Senator Annette Taddeo about her failure to acknowledge her constituent's truth and documented discrimination. In this exchange of dialogue, Senator Annette Taddeo commits perjury when she states that she is unaware of any certified mail from me. I took the liberty of sending her a package via the U.S. Postal Service Express Mail. In this package was a copy of our TikTok conversation plus a copy of the certified mail receipt from April 30, 2018 (seen in claim #25). Here is proof of delivery for this package:



**Here is a screenshot of the interaction between Senator Annette Taddeo and myself on TikTok:**



**senatortaddeo**
Senator Annette Taddeo · 3d ago

[ Follow ]

**7xBlackBelt**
Representative Vance Aloupis is handling it now since you have ignored me since 2017. It's King's Law, you had it PRIOR to the Parkland massacre.

Reply

> **Senator Annette Taddeo · Creator**
> That's great to hear about Aloupis. I will reach out to him. Again, this is the first I hear of this. I would appreciate you sending me who signed.
>
> Reply

**7xBlackBelt**
Senator Taddeo FAILED a child who informed her about his sexual violation while attending Leewood K-8 Center. She was initially informed in 2017!

Reply

> **Senator Annette Taddeo · Creator**
> I'm horrified to read your comment. I'm so sorry but this is the first I hear of this. (Con't)
>
> Reply

> **Senator Annette Taddeo · Creator**
> I wasn't elected till fall of '17. Was there someone at my office you spoke to? (Con't)
>
> Reply

> **7xBlackBelt**
> I left my name and number with your office via online, as well as voicemail. I have texted you & I have numerous certified mail receipts too.
>
> Reply

> **Senator Annette Taddeo · Creator**
> Again, this is the first I hear of it. I'm not aware of any certified mail, (who signed? ) or any messages. Again, you call or email me all that?
>
> Reply

Hide

**7xBlackBelt**
Everyone is entitled to their own opinions but not their own facts. If you want a picture of who signed your certified mail receipt, call me.

## Section 4- Relief Statement

▆▆▆▆▆▆▆▆▆▆▆▆

## I.    PUNITIVE DAMAGES

As I stated in my "The Amount in Controversy" section, we have three different kinds of damages within this case. The entire school board heard directly from K.G.'s mouth at a school board meeting that he was sexually violated and not a single person took action. This makes every single Board member an accessory after the fact. They have the power to remove a principal, guidance counselor and teachers from a school and chose to leave these criminals within Leewood K-8 Center. **All of the current people in these public positions have betrayed the public's trust.** All defendants documented discrimination and neglect of duty triggered perjury, obstruction of criminal investigations and concealment of crimes. The fact that my photograph was on the wall at the entrance of a public building (SBAB Annex Building) is beyond appalling! The fact that I documented this is called LUCK! What Dr. Martin Karp did to K.G. was disheartening! He interrupted K.G.'s freedom of speech & freedom of expression! He did this to me too! I can't forget the one time when the school board chose to film me from behind. This was because they wanted to suppress evidence that I was presenting to the school board. Ironically, Alberto M. Carvalho asked me if he could have my poster board (evidence). He was attempting to conceal the crimes I had posted all over the board with supporting documents attached! However, after the entire board was made aware of K.G.'s sexual violation and they failed to report it, like Karen Silva Haj, they are all guilty too! The lack of ethics & integrity is beyond appalling! All named defendants have crossed moral & ethical guidelines! **Therefore, as part of my relief in this case, I am requesting for each defendant to resign from their public position. In addition to this, the following individuals should be stripped of their doctoral degree:**

Dr. Martin Karp
Dr. Dorothy Bendross-Mindingall
Dr. Lawrence S. Feldman
Dr. Steve Gallon III
Dr. Lubby Navarro
Dr. Marta Perez
Dr. Karen Silva Haj

Last, but not least, I would like the court to acknowledge the fines and prison time that comes along with the following federal statutes within this case:

**18 U.S. Code §2071- Concealment**
**18 U.S. Code §1510- Obstruction of criminal investigations**
**18 U.S. Code §1621- Perjury**

**ALL 40 ITEMS WITHIN THE STATEMENT OF CLAIM CAN PROVIDE WHO IS GUILTY OF WHAT. THERE ARE DOZENS OF SWORN AFFIDAVITS & VIDEOS TO SUPPORT ALL CLAIMS LISTED.**

## II.   GENERAL & COMPENSATORY DAMAGES

When it comes to general and compensatory damages for violating K.G.'s Civil Rights/ **Discrimination of his Asian heritage**, **as well as my own civil rights**, we must take into account the date (October 12, 2015) of the sexual violation of K.G. **THIS OCCURRED WHEN HE WAS ONLY 7 YEARS OLD, IN 2nd GRADE!** K.G. IS CURRENTLY IN 7th GRADE, 13 YEARS OLD & **NO LONGER ATTENDS LEEWOOD K-8 CENTER.** HE MUST BE COMPENSATED FOR THE FACT THAT HE WAS ULTIMATELY **FORCED TO ATTEND A DIFFERENT PUBLIC SCHOOL**, DUE TO THE DOCUMENTED DISCRIMINATION, NEGLECT OF DUTY, OBSTRUCTION OF JUSTICE, CONCEALMENT OF CRIMES & PERJURY FROM LEEWOOD K-8 CENTER (K.G.'S HOME SCHOOL) EMPLOYEES. Overall, we need to take into account exactly how many adults FAILED K.G. and myself!

I can name 37 adults in various public settings. At the end of the day, everyone knows **37 against 1 is EXTREME DISCRIMINATION, unethical, the epitome of public corruption & ILLEGAL!**

With this being said, I am requesting that the court compensate for the time frame from when K.G. was 7 years old up until his 18th birthday. K.G.& I are entitled to 11 years of damages, seeing how **BOTH OF US** have already been through horrific retaliation. This now explains why the amount in damages EXCEEDS $75,000.

## III.   BREAKDOWN OF DAMAGES:
- As of, June 1, 2021, 2,059 days have gone by without justice.
- 37 adults have documented their failure/ neglect of duty when it comes to K.G. & my entire family's civil rights. (This means you have 4 victims)
- 11 years= 4,015 days

## IV.   LIST OF 37 ADULTS WHO DOCUMENTED THEIR FAILURE:

1. Bart Christie (Leewood K-8 Center Former Principal)
2. Karen Silva Haj (Leewood K-8 Center School Counselor)
3. Matthew Sperling (Leewood K-8 Center P.E. Coach)
4. Jennie Flores (Leewood K-8 Center 2nd Grade Gifted Teacher)
5. Alberto Carvalho (Superintendent of Miami-Dade County Public Schools)
6. Walter Harvey (Miami-Dade County School Board Attorney- FL Bar #74144)
7. Perla Tabares Hantman (Chair of Miami-Dade County Public School Board)
8. Dr. Martin Karp (Vice Chair of Miami-Dade County Public School Board)
9. Dr. Dorothy Bendross-Mindingall (Member of Miami-Dade County School Board)
10. Susie V. Castillo (Member of Miami-Dade County School Board)
11. Dr. Lawrence S. Feldman (Member of Miami-Dade County School Board)
12. Dr. Steve Gallon (Member of Miami-Dade County School Board)

13. Lubby Navarro (Member of Miami-Dade County School Board)
14. Dr. Marta Perez (Member of Miami-Dade County School Board)
15. Marie Tere Rojas (Member of Miami-Dade County School Board)
16. Valtena G. Brown (Deputy Superintendent/ Chief Operating Officer of School Ops.)
17. Ian Moffett (Former Chief of Miami-Dade County Public Schools Police Dept.)
18. Edwin Lopez (Current Chief of Miami-Dade County Public Schools Police Dept.)
19. Sergeant Lourdes Hodges (Miami-Dade County Public Schools Police Dept.)
20. Major Carlos A. Fernandez (Miami-Dade County Public Schools Police Dept.)
21. Sergeant Brad Rosh (Miami-Dade County Public Schools Police Dept.)
22. Detective Gyl Ochoa (Miami-Dade County Public Schools Police Dept.)
23. Officer Nicole Miranda (Miami-Dade County Public Schools Police Dept.)
24. Sergeant Lisa Rodriguez (Miami-Dade County Public Schools Police Dept.)
25. Officer Carla Corrons (Miami-Dade County Public Schools Police Dept.)
26. Officer David Hernandez (Miami-Dade County Public Schools Police Dept.)
27. Officer Janet Romero (Miami-Dade County Public Schools Police Dept.)
28. Jacqueline A. Moise (M.D.C.P.S. Office of Civil Rights Compliance)
29. Madeline Rodriguez (M.D.C.P.S. Office of Civil Rights Compliance)
30. Danny L. Morgan (Department of Children & Families)
31. Denise Hannah (Department of Children & Families)
32. Carmen Portela (Department of Children & Families)
33. Richard Lynn Scott (U.S. Senator, who was Governor of Florida during 2015-2019)
34. Marco Rubio (U.S. Senator)
35. Ronald Dion DeSantis (Current Florida Governor)
36. Luis M. Garcia (Miami-Dade County School Board Attorney- FL Bar #584223)
37. Jordan A. Madrigal (Miami-Dade County School Board Attorney- FL Bar #1017898)